IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, | § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. 5:10-cv-00736-OLG § |
| JOSE T. HIDALGO d/b/a LIBERTY CHARTERS AND TOURS, ET AL., | § § § § |
| Defendants. | § |

## ORIGINAL ANSWER OF DEFENDANT TUAN TRAN

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Defendant Tuan Tran files this answer to Plaintiff's Complaint for Declaratory Judgment.

A.  *Prefatory Comment*

1   Defendant Tuan Tran states that no response appears necessary to the statements contained in Plaintiff's Prefatory Comment; however, if the Court deems a response to be required, the Defendant responds that he lacks knowledge or information sufficient to form a belief about the truth or falsity of the statements contained in Plaintiff's Prefatory Comment and therefore denies them.

B.  *Parties*

Paragraphs 2–42. Defendant Tuan Tran denies only the allegation regarding his residency contained within Paragraph 12 of this Section of Plaintiff's Complaint. Defendant Tran recently moved and is now a resident of Michigan. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in Paragraphs 2 through 42 and

therefore denies them.

*C.     Jurisdiction*

Paragraphs 43–44. Defendant Tuan Tran lacks knowledge or information sufficient to form a belief about the remaining allegations contained in Paragraphs 43 through 44, or they are conclusions of law to which no response is required.

*D.     Factual and Procedural Background*

Paragraphs 45–70. To the extent that Paragraphs 45 through 70 are intended to be a complete characterization of the Defendant Tuan Tran's claims in the underlying Harris County lawsuit and/or are otherwise misquoted and/or mischaracterized, Defendant specifically denies such allegations and would refer to their Original Petition attached to Plaintiff's Complaint in this action. To the extent that Paragraphs 45 through 70 refer to allegations of parties other than Tuan Tran, Defendant states that he lacks knowledge or information sufficient to form a belief about such allegations.

*E.     The Lincoln General Policy*

Paragraphs 71–74. Defendant Tuan Tran lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraphs 71 through 74, or they are conclusions of law to which no response is required. Except as expressly admitted herein, Defendant denies the allegations in Paragraphs 71 through 74.

*F.     The National Interstate Policy*

Paragraphs 75–82. Defendant lacks knowledge or information sufficient to form a belief about the allegations contained in Paragraphs 75 through 82, or they are conclusions of law to which no response is required. Defendant states that he has not had an opportunity to examine the documents nor to investigate the facts alleged herein and therefore denies the allegations in

Paragraphs 75 through 82.

G.  *Count I – Declaratory Judgment (No Duty to Defend or Indemnify Liberty Charters & Tours)*

Paragraphs 83–90. Defendant Tuan Tran states that he has not had an opportunity to examine the documents nor to investigate the facts alleged herein and therefore denies the allegations in Paragraphs 83 through 90 to the extent they are not otherwise conclusions of law to which no response is required.

H.  *Count II – Declaratory Judgment (No Duty to Defend or Indemnify Maria I. Hidalgo)*

Paragraphs 91–101. Defendant Tuan Tran states that he has not had an opportunity to examine the documents nor to investigate the facts alleged herein and therefore specifically denies the allegations in Paragraphs 91 through 101 to the extent they are not otherwise conclusions of law to which no response is required.

I.  *Count III – Declaratory Judgment (No Duty to Indemnify Liberty Charters & Tours Under the MCS-90B Endorsement)*

Paragraphs 102–112. Defendant Tuan Tran states that he has not had an opportunity to examine the documents nor to investigate the facts alleged herein and therefore specifically denies the allegations in Paragraphs 102 through 112 to the extent they are not otherwise conclusions of law to which no response is required.

J.  *Count IV – Declaratory Judgment (No Duty to Indemnify Maria I. Hidalgo Under the MCS-90B Endorsement)*

Paragraphs 113–126. Defendant Tuan Tran states that he has not had an opportunity to examine the documents nor to investigate the facts alleged herein and therefore specifically denies the allegations in Paragraphs 113 through 126 to the extent they are not otherwise conclusions of law

to which no response is required.

K.  *Relief Sought*

Defendant Tuan Tran denies that Plaintiff is entitled to the relief sought by its Complaint. Defendant denies each and every allegation in Plaintiff's Complaint not specifically admitted herein.

## PRAYER

ACCORDINGLY, Defendant Tuan Tran respectfully requests a trial by jury on all issues so triable; that Plaintiff be denied the relief requested in its Complaint; that Defendant be awarded his costs incurred here; and any further relief to which he is entitled.

Respectfully submitted,

Harry G. Potter IV (Attorney-in-Charge)
Texas State Bar No. 16175300
WILLIAMS KHERKHER HART BOUNDAS, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77016
Telephone:  (713) 230-2251
Facsimile:   (713) 643-6226
hpotter@williamskherkher.com

**Attorney for Defendant Tuan Tran**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the United States District Court for the Western District of Texas through the CM/ECF electronic filing system, and I further certify that the foregoing was served upon all counsel of record pursuant to the Local Rules of the Western District of Texas on November 10, 2010.

Harry G. Potter IV